1. Tanicia Currie
2. 860 East Street
3. Pittsburg, CA 94565
4. taniciacurrie@yahoo.com
5. Pro se

FILED
NOV 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Tanicia Currie

Case Number: CV 19 7540

Plaintiff,

vs.

Officer Mark Moraga Badge #5335

Officer Amel Sahnic Badge #5321

Antioch Police Department

City of Antioch, County of Contra Costa

Defendants

**CIVIL RIGHTS COMPLAINT**
**(VIOLATION OF 42 U.S.C. § 1983)**

Original Complaint

DEMAND FOR JURY TRIAL

Yes

**PARTIES**

1. **Plaintiff.** Tanicia Currie

2. **Defendant.** *[Write the full name, address, and phone number of each person you are suing. There are special requirements for suing a city or county (or police department). Before including one of those here, make an appointment at the Legal Help Center.]*

Defendant #1   Officer Mark Moraga Badge #5335

   300 L. Street

   Antioch, CA 94565

Defendant #2   Officer Amel Sahnic Badge #5321

1983 Complaint

Page **1** of **9**

300 L. Street

Antioch, CA 94565

Defendant #3 Antioch Police Department

300 L. Street

Antioch, CA 94565

Defendant #4  City of Antioch

200 H. Street

Antioch, CA 94565

Defendant #5: County of Costra Conta

651 Pine Street

10th Floor

Martinez, CA 94553

## JURISDICTION

3. My case belongs in federal court under federal question jurisdiction because it is based on a violation of 42 U.S.C. § 1983 and the United States Constitution.

## VENUE

4. Venue is appropriate in this Court because:

a substantial part of the events I am suing about happened in this district.

## INTRADISTRICT ASSIGNMENT

5. Because this lawsuit arose in Contra Costa County, it should be assigned to the San Francisco/Oakland Division of this Court.

## STATEMENT OF FACTS

*Background*

6. The unlawful assault and detention relevant to this complaint occurred at Bonfare Market (907 W. 10th St. Antioch, CA 94509) on March 17 2017 across the street from my mother's residence (901 J Street, Antioch California 94565). As a result of being assaulted and unlawfully

detained by the police, I was charged with I was charged with violations of PC-148(a)(1) and PC 243(b). It is widely known that officers often times bring allegations of resisting arrest and assault against a peace officer as a way to retroactively and falsely explain their own misconduct, and that is exactly what happened to me – I took my case to trial and was acquitted on both counts.

7. On November 7th, 2017 I went to the Antioch Police Department to request a copy of the police report however, I received a letter; dated November 9th, 2017 stating they were unable to release the report to me. From that report, I had intended on filing my claim. It should be noted that on September 19th, 2017, I underwent my 3rd open-heart surgery and was disabled though January 2018.

8. On February 27th, 2018, I filed a complaint with the Antioch Police Department. I did not disclose the details of my complaint because at the time I was being falsely charged with resisting arrest and assault on a peace officer (charges which I took to trial and for which I was acquitted). I did not want to explain details in my complaint because I felt it would compromise my defense. I received a reply stamped March 6th, 2018. In June 2018, I was contacted by Antioch Police Sergeant Rick Martin asking if I wanted to withdraw my complaint. I stated no I did not, and I also expressed my concerns with how I felt providing my claim would, in essence, jeopardize my criminal case. Sergeant Rick Martin also contacted me in August 2018, and I asked him to contact my defense attorney to protect myself and my case. I could not consciously or legally trust the true details of my case with another officer of the same police force as those who victimized me. On February 26th, 2019 I also attempted to file a complaint online, but their website was not working. I did print this page from their website.

9. I also filed a government claim with the City of Antioch on March 12th, 2019.

**March 17 2017 Incident**

10. On the evening of March 17, 2017, I was visiting my mom, brother, and nephew at the home where they live. My brother, nephew, and I are all African American. My brother (24 years old at the time) and my nephew (19 years old at the time) decided to go across the street to the market. This was at approximately 11 pm.

11. My brother and nephew walked to Bonfare Market which is within eyeshot of my mother's small apartment complex as you can look out the Living Room window and see Bonfare Market. About five to ten minutes after my brother and nephew left the apartment, my mother and I heard a lot of noise, some yelling, and we saw that the police were at Bonfare Market. I became very concerned because my brother had just walked to Bonfare Market. Without any intention of going over to the Bonfare, I went to the gate just to see if I could see where my brother was. I didn't even have shoes on because I was hanging out in the house with my family. As I got to the bottom of the stairs, the yelling got louder and I heard "help," and "they jumped me." I look closer and also realized that the voice yelling was my younger brother who was on the ground saying, "they jumped on me!" Out of immediate concern, I quickly walked over to the corner, waited for the traffic to stop, and crossed the street.

12. My brother was on the ground on the sidewalk closest to the street, and as I recall there were approx. 3-4 police cars. As I arrived on the scene, I was confused as to what could have happened or why the police were even at the Bonfare Market, all I knew was my brother was yelling and on the ground.  As I crossed the street, I seen my brother handcuffed and on the ground, I walked around him. I then begin to try to locate an officer that seemed to be unoccupied as the scene was a little hectic and there was small crowds gathered here and there throughout the parking lot. I remember saying, "that's my brother," when I first walked around my brother as he laid cuffed on the ground. My brother also said, "Can you see if you can get my phone," which he thought fall out of his pocket as they threw him to the ground.

13. I naturally wanted to find out what had happened especially since it had only been 5-10 minutes max since my brother left the house.  I noticed there was an officer who seemed to be less occupied then all the other officers on the scene. At this point, I still have no clue why the police where even there or what my brother had allegedly done. I began to walk towards the seemingly unoccupied officer and as I got approx. within 5-6 steps from him, I remember asking, "What happened?" The next thing I know is I feel a push on my chest; I was immediately shocked and confused as to why I was being touched especially for simply asking questions.

14. My chest has always been a super sensitive spot for me since due to my past surgeries. At that time, I had already had three heart surgeries, including two open heart surgeries. For the year leading up to this incident I was having recurrence of the symptoms which had precipitated my surgeries, and my doctors were aware of this. I remember my hands coming up to protect my chest as a natural reaction of being unexpectedly touched. After the touch, I asked why I was being touched, but before I knew it I was I was being forcibly pushed with a lot of force. I remember my hands flying up as I started to lose my balance, everything happened so fast.

15. The next thing I knew, I was being thrown to the ground with my face hitting the concrete. I was so dazed and confused. I also remember trying to catch myself as I was being thrown to protect my chest/sternum from hitting the concrete. The next thing I know I have knees in my back and tailbone, and I am saying, "Please get off me, I have a heart problem and I am hurting!" I felt so violated as I was dazed and so confused among many other feelings. I could hear my brother screaming that they should get off of me and that I had a heart condition.

16. The next thing I know I am extremely emotional, crying, in cuffs, and in the back of the police car; feeling claustrophobic. At that point, I still didn't even know why the police were even there, I didn't know what my brother had possibly done, or what why I was assaulted at all. All I knew was that this was completely wrong, and I was assaulted.

**Aftermath**

17. I was taken to Martinez County Jail where I had to pay $1800.00 to bail out of jail the next day. I was charged with two crimes.

18. The next couple days, I didn't know how to feel, but I was in pain, confused, scared and my mind was scattered; not knowing what my next move should be or who to trust within the law and legal system.

19. I was working as a substitute teacher at the time, and due to the booking and the charges I lost my job.

20. The next two years were a complete rollercoaster: I suffered emotional and physical harm from what had happened to me and the consequences included not only the loss of my job, but also: I had to get on welfare; I had dedicate every free moment of my time working together with my public

1983 Complaint

Page **5** of **9**

defender to defend myself from the false charges which were brought against me (time that I did not have but time that was well spent since I was acquitted of all charges; had to endure humiliation and continued trauma. This all on top of the fact that on Sept 19 2017 I had my third open heart surgery which left me disabled until January 2018.

21. I am asking this court to bring me some relief from the excessive force and unlawful detainer to which I was subjected.

# FIRST CLAIM

## EXCESSIVE FORCE

22. Plaintiff herein incorporates the statement of facts above.

23. I approached Officers Sahnic and Moraga to determine what was happening to my younger brother and nephew. At no point in time did I interfere with their process. In fact, I specifically approached Officer Sahnic because he was standing at the front of the squad car and was not physically involved with arresting or abusing my brother or tasing my nephew. Rather than answer me or ask me to step away, Officer Sahnic physically pushed me away. I told him not to touch me, to which he responded by shoving me with both his arms and his full force.

24. Within an instant Officer Moraga tackled me, throwing me to the ground. Since I am a heart patient (I have had four surgeries, three of which were open heart surgeries), I put my arms across my chest to protect my sternum, which at that point had been broken open in surgery twice. I told the officers I was a heart patient and that I was in pain and they responded by telling me "not to resist." Officer Sahnic pulled my arm and twisted it behind my back and Officer Moraga did the same as he had his knee on my back/tailbone – leaving my sternum vulnerable. Officer Moraga pinned me to the ground by placing his knee on my back, putting extreme pressure on my sternum.

25. The officers handcuffed me and carried me bodily into the back of a squad car. I was furious at having been abused and violated in a such a manner and had a full on anxiety attack while in the back of the squad car. I felt claustrophobic, confused, and utterly overwhelmed by my feelings and physical symptoms. This was also extremely dangerous for my heart condition. I also felt completely indignant: I am a law abiding citizen who is a teacher in my community and had always had a relatively objective feeling about police officers. I felt that my trust had been violated and this was exactly the type of behavior that causes people to mistrust the police.

26. There was no reason for them to touch me at all. I was not causing a disturbance or interfering with their police work; I merely asked a question which they responded to by assaulting abusing and violating me. Both officers were much taller than me; I was barefoot asking a question.

## SECOND CLAIM

## UNLAWFUL SEIZURE

27. Plaintiff herein incorporates the statement of facts above.

28. Officers Sahnic and Moraga lied by saying that my arrest and detention was warranted because I had resisted arrest and assaulted a police officer. In fact, I did neither of these two things and they simply said them to justify their actions which were a violation of my constitutional rights. I was charged with violations of PC-148(a)(1) and PC 243(b).  I refused to engage in plea bargaining because I knew was innocent.

29. Instead I took my case to trial and was acquitted by a jury of my peers on October 16, 2018. The foundation for my arrest were lies, and in fact Officer Moraga had a record of using excessive force against another woman and a potential witness. I should never have been detained. The result of my detention included the loss of my job and the liquidation of my savings to post bail. It also resulted in significant emotional trauma which led to my seeking treatment in therapy.

**DEMAND FOR RELIEF**

Plaintiff demands any and all damages she is entitled to including but not limited to punitive damages in an amount to be determined at trial, additionally compensatory damages in the amount of no less than $200,000, and non-monetary damages including a requirement that police officer wear body cameras at all times (neither officer was wearing a body camera yet the Antioch Police Department had deemed it a "high crime area"), and required cultural sensitivity training to include implicit bias training.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 11/15/19     Sign Name: J. Currie
                   Print Name: Tanicia Currie
                   Pro Se Plaintiff