1  Kevin P. Allen, State Bar No. 252290
   kallen@aghwlaw.com
2  Patrick D. Moriarty, State Bar No. 213185
   pmoriarty@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants
   CITY OF ANTIOCH; ANTIOCH POLICE
7  DEPARTMENT; OFFICER MARK MORAGA; and
   OFFICER AMEL SAHNIC

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  TANICA CURRIE,                      Case No. 4:19-cv-07540-JSW

13              Plaintiff,              **DEFENDANTS' ANSWER TO COMPLAINT**

14       v.                            Hon. Jeffrey S. White

15  OFFICER MARK MORAGA BADGE
    #5335, OFFICER AMEL SAHNIC          Trial:     None Set
16  BADGE #5321, ANTIOCH POLICE
    DEPARTMENT, CITY OF ANTIOCH,
17  AND COUNTY OF CONTRA COSTA,

18              Defendants.

19

20  **I.    PARTIES**

21       1.    In answer to the allegations of paragraph 1 of the complaint, admitted.

22       2.    In answer to the allegations of paragraph 2 of the complaint, admitted.

23  **II.   JURISDICTION**

24       3.    In answer to the allegations of paragraph 3 of the complaint, admitted.

25  **III.  VENUE**

26       4.    In answer to the allegations of paragraph 4 of the complaint, admitted.

27  **IV.   INTRADISTRICT ASSIGNMENT**

28       5.    In answer to the allegations of paragraph 5 of the complaint, admitted.

_Sidebar (left margin):_ ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP — 180 Montgomery Street, Suite 1200 — San Francisco, California 94104

357493.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## V.    STATEMENT OF FACTS

6.    In answer to the allegations of the first sentence of paragraph 6 of the complaint, beginning and ending with "March 17 2017," admitted. In answer to all remaining allegations of the first sentence of paragraph 6 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

In answer to the allegations of the second sentence of paragraph 6 of the complaint, denied.

In answer to the allegations of the third sentence of paragraph 6 of the complaint, beginning and ending with "It is widely known that officers often times bring allegations of resisting arrest and assault against a police officer as a way of retroactively and falsely explain their own misconduct, and that is exactly what happened to me" denied. In answer to all remaining allegations of the third sentence of paragraph 6 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

7.    In answer to the allegations of paragraph 7 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

8.    In answer to the allegations of paragraph 8 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

9.    In answer to the allegations of paragraph 9 of the complaint, admitted.

10.    In answer to the allegations of paragraph 10 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and

DEFENDANTS' ANSWER TO
COMPLAINT
CASE NO. 4:19-CV-07540-JSW

357493.1

1  basing their denials on that ground, deny both generally and specifically, each and every, all and

2  singular, the allegations contained therein.

3      11.     In answer to the allegations of paragraph 11 of the complaint, these defendants

4  have no information or belief to enable them to answer said allegations, and for that reason and

5  basing their denials on that ground, deny both generally and specifically, each and every, all and

6  singular, the allegations contained therein.

7      12.     In answer to the allegations of paragraph 12 of the complaint, these defendants

8  have no information or belief to enable them to answer said allegations, and for that reason and

9  basing their denials on that ground, deny both generally and specifically, each and every, all and

10  singular, the allegations contained therein.

11      13.     In answer to the allegations of paragraph 13 of the complaint, these defendants

12  have no information or belief to enable them to answer said allegations, and for that reason and

13  basing their denials on that ground, deny both generally and specifically, each and every, all and

14  singular, the allegations contained therein.

15      14.     In answer to the allegations of paragraph 14 of the complaint, these defendants

16  have no information or belief to enable them to answer said allegations, and for that reason and

17  basing their denials on that ground, deny both generally and specifically, each and every, all and

18  singular, the allegations contained therein.

19      15.     In answer to the allegations of paragraph 15 of the complaint, these defendants

20  have no information or belief to enable them to answer said allegations, and for that reason and

21  basing their denials on that ground, deny both generally and specifically, each and every, all and

22  singular, the allegations contained therein.

23      16.     In answer to the allegations of paragraph 16 of the complaint, these defendants

24  have no information or belief to enable them to answer said allegations, and for that reason and

25  basing their denials on that ground, deny both generally and specifically, each and every, all and

26  singular, the allegations contained therein.

27      17.     In answer to the allegations of paragraph 17 of the complaint, these defendants

28  have no information or belief to enable them to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEFENDANTS' ANSWER TO
COMPLAINT
CASE NO. 4:19-CV-07540-JSW

357493.1

basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

18.    In answer to the allegations of paragraph 18 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

19.    In answer to the allegations of paragraph 19 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

20.    In answer to the allegations of paragraph 20 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

21.    In answer to the allegations of paragraph 21 of the complaint, denied.

**FIRST CLAIM – EXCESSIVE FORCE**

22.    Defendants allege and incorporate by reference their responses to Paragraphs 1-21.

23.    In answer to the allegations of paragraph 23 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

24.    In answer to the allegations of paragraph 24 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

25.    In answer to the allegations of paragraph 25 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEFENDANTS' ANSWER TO
COMPLAINT
CASE NO. 4:19-CV-07540-JSW

357493.1

singular, the allegations contained therein.

26.    In answer to the allegations of paragraph 26 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

### SECOND CLAIM – UNLAWFUL SEIZURE

27.    Defendants allege and incorporate by reference their responses to Paragraphs 1-26.

28.    In answer to the allegations of paragraph 28 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

29.    In answer to the allegations of paragraph 29 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

### DEMAND

Defendants demand a Jury Trial.

### FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiff assumed the risk of any injuries and/or damages resulting from the matters set forth in said complaint, and that said assumption of risk by plaintiffs was a cause of the injuries and/or damages alleged by plaintiffs, if any there were.

### SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff's causes of action are barred by statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 4:19-CV-07540-JSW

357493.1

1    Plaintiff failed to mitigate her damages.

2    **FOURTH AFFIRMATIVE DEFENSE**

3    AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

4    ALLEGES:

5    Prior to the time when defendant is alleged to have committed the acts complained of,

6    plaintiff invited, gave permission to, and consented to the acts alleged in the complaint.  Each of

7    the acts alleged in the complaint, which acts are expressly denied, was done within the scope of

8    this consent and permission.

9    **FIFTH AFFIRMATIVE DEFENSE**

10   AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

11   At all times mentioned in the complaint, defendant is not liable for any of these acts or

12   omissions alleged in the complaint because the complaint only alleges that defendant is liable

13   based on the acts or omissions of others.

14   **SIXTH AFFIRMATIVE DEFENSE**

15   AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

16   Defendants alleges that plaintiff failed to set forth the facts sufficient to state a cause of

17   action due to a failure to comply with claims requirements of the California Government Code §§

18   900 et. seq.

19   **SEVENTH AFFIRMATIVE DEFENSE**

20   AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

21   ALLEGES:

22   Should plaintiff recover non-economic damages against any defendant, the liability for

23   non-economic damages is limited to the degree of fault and several liability of said defendant

24   pursuant to Civil Code section 1431.2 and a separate, several judgment shall be rendered against

25   said defendant based upon said defendant's degree of fault and several liability.

26   **EIGHTH AFFIRMATIVE DEFENSE**

27   AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

28   ALLEGES:

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEFENDANTS' ANSWER TO
COMPLAINT
CASE NO. 4:19-CV-07540-JSW

357493.1

1    At all times relevant to this litigation, plaintiff consented either expressly or impliedly, to

2 any such acts or conduct as may be shown on the part of these answering defendants.

3 **NINTH AFFIRMATIVE DEFENSE**

4 AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

5    These answering defendants are immune from liability pursuant to the provisions of §§

6 815, 815.2, 818, 820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government

7 Code of the State of California.

8 **TENTH AFFIRMATIVE DEFENSE**

9 AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

10    Plaintiff's causes of action are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

11 **ELEVENTH AFFIRMATIVE DEFENSE**

12 AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

13 ALLEGES:

14    Plaintiff's causes of action are barred by collateral estoppel and/or res judicata.

15 **TWELFTH AFFIRMATIVE DEFENSE**

16 AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

17 ALLEGES:

18    At all relevant to this litigation, defendants' officer(s) used lawful and reasonable force,

19 pursuant to *Graham v. Connor*, 490 U.S. 386 (1989).

20 **THIRTEENTH AFFIRMATIVE DEFENSE**

21 AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

22 ALLEGES:

23    Defendants Mark Moraga and Amel Sahnic are immune from 42 U.S.C. §1983 liability

24 pursuant to the doctrine of qualified immunity. See *White v. Pauly*, 137 S. Ct. 548 (2017),

25 *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

26 **FOURTEENTH AFFIRMATIVE DEFENSE**

27 AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

28 ALLEGES:

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEFENDANTS' ANSWER TO
COMPLAINT
CASE NO. 4:19-CV-07540-JSW

357493.1

1    Defendants may be entitled to additional defense(s), of which Defendant are not currently

2    aware.  Defendants reserve the right to assert additional affirmative defense(s).

3    WHEREFORE, defendants pray that plaintiff take nothing by way of the complaint on

4    file herein and that defendants have judgment for its costs, attorneys' fees and for such other and

5    further relief as the court deems proper.

6

7    Respectfully submitted,

8    Dated:  December 26, 2019            ALLEN, GLAESSNER,
                                          HAZELWOOD & WERTH, LLP

9

10   By:   /s/ Kevin P. Allen
                Kevin P. Allen

11              Patrick D. Moriarty
                Attorneys for Defendants

12              CITY OF ANTIOCH; ANTIOCH POLICE
                DEPARTMENT; OFFICER MARK

13              MORAGA; and OFFICER AMEL SAHNIC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

8

357493.1

1

CERTIFICATE OF SERVICE
*Currie v. Moraga et al.*
U.S. Northern District Court Case No. 4:19-cv-07540-JSW

2

3

I am a resident of the State of California, over 18 years of age and not a party to the within action.  I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, California 94104.  On December 26, 2019, I served the within:

4

5

6

**DEFENDANTS' ANSWER TO COMPLAINT**

7

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

8

9

Tanicia Currie                                    E-Mail:  taniciacurrie@yahoo.com
860 East Street
Pittsburg, CA 94565                               *Plaintiff Pro Se*

10

11

☒  By United States Mail:  I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing documents for mailing.  On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

12

13

14

15

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

16

17

☒  I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

18

19

Executed on December 26, 2019, at San Francisco, California.

20

21

*/s/ Adrian Castaneda*
_____
Adrian Castaneda

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104